# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUTURE TEXTILE, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC. d/b/a NORDSTROM RACK, a Washington corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-06877-FMO-SK<br><br>**ORDER RE: STIPULATION [34] FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Fernando M. Olguin |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: May 16, 2018

/s/
The Honorable Fernando M. Olguin
United Stated District Judge